UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD EASTMAN,<br><br>          Petitioner,<br><br>     v.<br><br>JOHN MARSHALL, Warden,<br><br>          Respondent. | CV NO. 04-4525-PSG(AJW)<br><br>JUDGMENT |

Pursuant to the Ninth Circuit's May 21, 2010 memorandum decision, **it is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 6/28/10

_____
Philip S. Gutierrez
United States District Judge